## ROCHMAN PLATZER FALLICK STERNHEIM LUCA & PEARL, LLP
### 666 THIRD AVENUE
### NEW YORK, NEW YORK 10017

IRWIN ROCHMAN  
KENNETH J. PLATZER  
BARRY M. FALLICK  
BOBBI C. STERNHEIM  
SCOTT W. PEARL  
PATRICIA A. LUCA  
JILLIAN S. HARRINGTON  
PAUL KNEPPER  
TRISHA LAFACHE  

TEL. (212) 697-4090  
FAX (212) 972-4654  
verdictlaw@aol.com  

184 EAGLE ROCK AVENUE  
ROSELAND, NEW JERSEY 07068  

July 27, 2005

Via fax to 212 805 7920  
Honorable Shira A. Scheindlin  
United States District Judge  
United States Courthouse  
500 Pearl Street  
New York, New York 10017

RECEIVED  
CHAMBERS OF  
JUL 27 2005  
[JUDGE SCHEINDLIN]  
[ ]LY FILED  
[DATE:] 7/27/05

Re: United States v. Douglas Rose and Scott Davis  
05 Cr. 555 (SAS)

Dear Judge Scheindlin:

With the consent of all parties, I write to request that the status conference scheduled for tomorrow, July 28th, be adjourned to the week of August 8th. Discussions concerning pretrial resolution of this case have not concluded due to the absence of AUSA Jonathan New, who is on extended leave. With the assistance of AUSA Katie Goldstein, we are hoping to progress with these discussions during the coming week.

Accordingly, on behalf of both defendants, Diane Weeks, Esq. and I are requesting this brief adjournment. AUSA Goldstein consents on behalf of the government.

Your consideration of this request is greatly appreciated.

*The Conference is re-scheduled for Aug. 10, 2005 at 5:00 pm. So Ordered.*

Very truly yours,

Bobbi C. Sternheim

BOBBI C. STERNHEIM

cc: AUSA Katie Goldstein (212 637 2390)  
    Diane Week, Esq. (973 543 8201)

*7/27/05*